RECEIVED
JUL 1 1 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| TERESA GAIL MURNER BURGESS, ET AL. | MISC. CASE NO. 17-mc-115 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Teresa Gail Murner Burgess, as Administrator and Derivative Claimant; and Timothy Fleming Murner, Tammy Murner Pace and Tiffany Rebecca Murner as Derivative Claimants of the Estate of Robert Samuel Murner, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __11__ day of July, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE